RONALD K. ALBERTS (SBN: 100017)
COURTNEY CULWELL HILL (SBN: 210143)
MICHELE E. WESTHOFF (SBN: 266707)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJIV GOEL M.D. INC., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>AETNA LIFE INSURANCE COMPANY, INC., a Connecticut Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　Defendant. | CASE NO. 15-cv-1660<br><br>**DEFENDANT AETNA LIFE INSURANCE COMPANY'S NOTICE OF REMOVAL UNDER 28 U.S.C. §1332 AND 28 U.S.C. §1441(b)**<br><br>**[DIVERSITY, 28 USC §§1332]**<br><br>Accompanying Papers:<br>Declaration of Courtney C. Hill in support thereof and Declaration of Myrna Goodrich in support thereof. |

　　　　TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF AND ITS ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Defendant Aetna Life Insurance Company ("Aetna" or "Defendant") hereby removes to this court the state court action described below.

　　　　1.　　On January 21, 2015, an action was commenced in the Superior Court of the State of California for the County of Los Angeles, entitled *Sanjiv Goel, MD,*

*Inc. v. Aetna Life Insurance Company, Inc.*, Case No. BC570052 ("Complaint"). A true and correct copy of the complaint filed in the state court by Plaintiff Sanjiv Goel, MD, Inc. ("Plaintiff") is attached to the Declaration of Courtney C. Hill, filed concurrently with this Notice of Removal ("Hill Declaration."), as Exhibit A.

2. Plaintiff served Aetna with a copy of the complaint on February 5, 2015. A true and correct copy of the Service of Process Transmittal is attached as Exhibit B to the Hill Declaration. Thirty days have not passed since Aetna's receipt of the summons and complaint; therefore, this matter remains removable to federal court.

3. A true and correct copy of Aetna's Answer to the Complaint, filed in Superior Court on March 4, 2015, is attached as Exhibit C to the Hill Declaration.

4. This district court has diversity jurisdiction over this action under 28 U.S.C. §1332. This action may be removed pursuant to 28 U.S.C. §1441(b) because it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000.00. Diversity jurisdiction in this matter is proper because:

    a) Plaintiff's complaint seeks damages in the amount of $539,921.89. (Complaint, Prayer, ¶1.) Plaintiff also seeks interest and costs of suit. (Complaint, Prayer, ¶¶2, 3, and 4.)

    b) Plaintiff is a California corporation organized and existing pursuant to the laws of the State of California. (Complaint, ¶1.)

    c) Defendant Aetna Life Insurance Company is a Connecticut corporation organized and existing pursuant to the laws of the State of Connecticut. (Complaint, ¶2.) Defendant Aetna Life Insurance Company's principal place of business is Hartford, Connecticut, not Los Angeles, California, as alleged by Plaintiff. (Complaint, ¶2; Declaration of Myrna Goodrich, filed concurrently herewith,

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

¶3, Exhibit 1.)

WHEREFORE, Aetna prays that this action be removed from the Los Angeles County Superior Court to the United States District Court for the Central District of California.

Dated:  March 6, 2015                                          GORDON & REES LLP


By:   *s/Courtney C. Hill*
      Ronald K. Alberts
      Courtney C. Hill
      Michele E. Westhoff
      Attorneys for Defendant
      AETNA LIFE INSURANCE COMPANY